UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NANCY FRANCIS | CIVIL ACTION NO. 6:16-cv-00718 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| BROOKSHIRE GROCERY COMPANY, D/B/A/ SUPER 1 FOODS | BY CONSENT OF THE PARTIES |

## JUDGMENT

For the reasons set forth in the memorandum ruling issued this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment filed by defendant Brookshire Grocery Company (Rec. Doc. 20) is granted, and the plaintiff's claims are dismissed with prejudice.

Signed at Lafayette, Louisiana on this 28th day of July 2017.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE